**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0864

Katherine Reznik Benoit

- - Versus - -

Benjamin Paul Benoit

Family Court of East Baton Rouge
Case #: 215758
East Baton Rouge Parish

On Application for Rehearing filed on 04/19/2022 By Katherine Reznik Benoit

Rehearing _____ Denied _____

PMc by JEW
_____
Page McClendon

_____
Jewel E."Duke" Welch Jr.

MRT by JEW
_____
Mitchell R. Theriot

Date _____ MAY 1 6 2022 _____

G. Sm
_____
Rodd Naquin, Clerk